```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  JAIME MADERA

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,      )  No. 2:11-MJ-00293-KJN
15                                 )
                Plaintiff,         )
16                                 )  STIPULATION TO CONTINUE AND
         v.                        )  EXCLUDE TIME
17                                 )
    JAIME MADERA,                  )
18                                 )  Date:  November 14, 2011
                Defendant.         )  Time:  9:00 a.m.
19                                 )  Judge: Hon. Kendall J. Newman
    _____)
20

21

22       IT IS HEREBY STIPULATED between the parties through their

23  respective counsel, David Stevens, Special Assistant United States

24  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25  attorney for JAIME MADERA, and Certified Student Attorney, David J.

26  Gallegos, that the Court vacate the Court Trial on October 24, 2011 at

27  9:00 a.m. and set the Court Trial for November 14, 2011 at 9:00 a.m.

28
```

This continuance is requested because the parties are in the process of plea negotiation. The parties need more time to reach a plea agreement. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Court Trial which is set for November 14, 2011, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section § 3161(h)(7)(A).

Dated: October 11, 2011

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JAIME MADERA

/s/ David J. Gallegos
DAVID J. GALLEGOS
Certified Student Attorney

Dated: October 11, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Stevenson
DAVID STEVENSON
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE