1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  JAMIE MADERA

9

10

                 IN THE UNITED STATES DISTRICT COURT
11
               FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        ) No. 2:11-MJ-00293-KJN
15                                   )
                 Plaintiff,          )
16                                   ) STIPULATION TO CHANGE PLEA
        v.                           )
17                                   )
   JAMIE MADERA,                     ) Date:  November 16, 2011
18                                   ) Time:  9:00 a.m.
                 Defendant.          ) Judge: Hon. Kendall J. Newman
19                                   )
   _____ )
20

21      IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, David Stevens, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for JAMIE MADERA, and Certified Student Attorney, David J.

25 Gallegos, that the Court vacate the court trial on November 14, 2011 at

26 9:00 a.m. and set a change of plea hearing for November 16, 2011 at

27 9:00 a.m.

28

```
 1   Dated:  November 8, 2011
                                         DANIEL J. BRODERICK
 2                                       Federal Defender

 3                                       /s/ Linda C. Harter
                                         LINDA C. HARTER
 4                                       Chief Assistant Federal Defender
                                         Attorney for Defendant
 5                                       JAMIE MADERA

 6                                       /s/ David J. Gallegos
                                         DAVID J. GALLEGOS
 7                                       Certified Student Attorney

 8   Dated:  November 8, 2011            BENJAMIN B. WAGNER
                                         United States Attorney
 9
                                         /s/ David Stevens
10                                       DAVID STEVENS
                                         Special Assistant U.S. Attorney
11

12                                ORDER
13
     IT IS SO ORDERED.
14
     Dated: November 9, 2011
15

16

17

18   _____
     KENDALL J. NEWMAN
19   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

     Stip to Change Plea            -2-
```